IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-HC-2095-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSEPH AARON EDWARDS, | ) | |
| Respondent. | ) | |

Before the court is respondent's motion to withdraw several pending motions (D.E. # 37). On June 24, 2010, respondent filed a second motion to dismiss (D.E. # 8). On August 27, 2010, respondent Edwards filed a motion to transfer venue in this matter (D.E. # 16). On November 29, 2010, he also filed a supplemental motion to dismiss (D.E. # 8 supplemented by D.E. # 27). Now before the court is respondent's motion to withdraw these motions and proceed to a hearing as soon as possible. The motion for hearing was allowed on January 14, 2011, and the motion to withdraw petitioner's motion to dismiss (D.E. # 8), supplement thereto (D.E. # 27), and motion to transfer (D.E. #16) are ALLOWED.

SO ORDERED, this the 25 day of January 2011.

TERRENCE W. BOYLE
United States District Judge